Reza Mirzaie, Esq.
(Admitted Pro Hac Vice)
*rmirzaie@raklaw.com*
Paul A. Kroeger, Esq.
(Admitted Pro Hac Vice)
*pkroeger@raklaw.com*
Stanley H. Thompson, Jr., Esq.
(Admitted Pro Hac Vice)
*sthompson@raklaw.com*
**RUSS, AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Mark Borghese, Esq.
Nevada Bar No. 6231
*mark@borgheselegal.com*
**BORGHESE LEGAL, LTD.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
T: (702) 382-0200
F: (702) 382-0212
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 2-WAY COMPUTING, INC., a Nevada corporation, <br><br> Plaintiff, <br><br> v. <br><br> UNIFY INC. F/K/A SIEMENS ENTERPRISE COMMUNICATIONS, a Delaware corporation, <br><br> Defendant. | Case No.: 2:16-cv-00423-GMN-CWH <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff 2-Way Computing, Inc. and Defendant Unify Inc. hereby stipulate to the dismissal of the action. All claims of

///

///

///

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2016-11-10-Stipulation for Dismissal - Unify.docx        1

infringement that the parties raised or could have raised in this action are dismissed WITH PREJUDICE with all attorneys' fees, costs of court and expenses borne by the party incurring them.

Dated: November 10, 2016

/s/ Mark Borghese
Mark Borghese, Esq.
**BORGHESE LEGAL, LTD.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

Reza Mirzaie, Esq.
Paul A. Kroeger, Esq.
Stanley H. Thompson, Jr., Esq.
C. Jay Chung, Esq.
**RUSS, AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, California 90025

Attorneys for Plaintiff

/s/ Robert M. Fuhrer
Bryan P. Collins, Esq.
Robert M. Fuhrer, Esq.
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard, Suite 1400
McLean, Virginia 22102-4856

James D. Boyle, Esq.
Sean E. Story, Esq
**HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

Attorneys for Defendant

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED this   9   day of November, 2016.

**CERTIFICATE OF SERVICE**

I am a resident of Clark County, Nevada and am over the age of 18 years and not a party to the action. My business address is: 10161 Park Run Drive, Suite 150, Las Vegas, Nevada, 89145.

On **November 10, 2016**, I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

**PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf. A receipt of copy signed and dated by such an individual confirming delivery of the document will be maintained with the document and is attached.

**EMAIL:** By transmitting a copy of the document to the electronic-mail address designated by the attorney or the party who has consented to such manner of service.

**E-FILE:** Automatically through the court's electronic filing system.

**FAX SERVICE:** by transmitting to a facsimile machine maintained by the attorney or the party who has consented to such manner of service.

**MAIL SERVICE:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Mark Borghese*

An employee of BORGHESE LEGAL, LTD.

## SERVICE LIST

| ATTORNEYS OF RECORD | PARTIES REPRESENTED | METHOD OF SERVICE |
|---|---|---|
| Bryan P. Collins, Esq.<br>Robert M. Fuhrer, Esq.<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>1650 Tysons Boulevard, Suite 1400<br>McLean, Virginia 22102-4856<br><br>James D. Boyle, Esq.<br>Sean E. Story, Esq<br>**HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101 | Attorneys for Defendant | ☐ Personal service<br>☐ Email<br>☒ E-File<br>☐ Fax service<br>☐ Mail service |